Naira Zohrabyan, Esq. [SBN 337925]
ZOHRABYAN LAW, APC
100 W. Broadway, Suite 540
Glendale, CA 91210
Tel: 323-246-3284
Fax: (747) 327-4059
Email: naira@zohrabyanlaw.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF CALIFORNIA
## CENTRAL DIVISION

| | |
|---|---|
| GEVORG MURADYAN<br><br>Petitioner<br><br>V.<br><br>WARDEN OF OTAY MESA DETENTION CENTER<br><br>Respondent | Case Number:<br><br>2:25-cv-11561-MCS-SSC<br><br>ORDER ON PETITIONER'S MOTION TO TRANSFER VENUE TO SOUTHERN DISTRICT OF CALIFORNIA<br><br>Honorable Stephanie S. Christensen, United States Magistrate Judge<br>Action Filed: December 4, 2025 |

Before the Court is Petitioner's Motion to Transfer Venue to the United States District Court, Southern District of California. Upon consideration of Petitioner's Motion, the accompanying Memorandum of Points and Authorities, pursuant to 28

1

**[PROPOSED] ORDER ON PETITIONER'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE TO SOUTHERN DISTRICT OF CALIFORNIA**

U.S.C. § 1404(a), Petitioner's Motion to Transfer Venue to the United States District Court, Southern District of California is GRANTED.

This civil action shall be transferred to the United States District Court, Southern District of California.

**IT IS SO ORDERED.**

**Dated: December 30, 2025**

_____
Hon. Stephanie S. Christensen
United States Magistrate Judge

