UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GEVORG MURADYAN,<br><br>                Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, et al.,<br><br>                Respondents. | Case No.:  3:26-cv-63-CAB-AHG<br><br>**ORDER TO RESPOND**<br><br>[Doc. No. 1] |

On December 4, 2025, Petitioner Gevorg Muradyan filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 with the District Court for the Central District of California.  [Doc. No. 1 ("Petition").]  In his Petition, Petitioner claims that he is being detained by Immigration and Customs Enforcement ("ICE") without a bond hearing in violation of the Fifth Amendment.  [Petition at 7.]  He seeks immediate release or, at minimum, a bond hearing.  [*Id.* at 8.]  On January 5, 2026, the case was transferred to this Court.  [Doc. No. 10.]

Having reviewed the Petition, the Court finds summary dismissal is unwarranted at this time.  *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary

dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.").  The Court therefore **ORDERS** a response to the Petition as follows:

1.    Respondents must file a response to the Petition no later than **January 14, 2026**.  The response must address the allegations in the Petition and must include any documents relevant to the determination of the issues raised in the Petition.

2.    Petitioner may file a reply by **January 19, 2026**.

3.    The Clerk of Court shall provide the Civil Division of the U.S. Attorney's Office with a copy of the Petition, [Doc. No. 1], and this Order.

4.    Additionally, to maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **SHALL NOT** transfer Petitioner outside of the Southern District of California pending the Court's resolution of the Petition.[1]

Petitioner may be interested in contacting Federal Defenders of San Diego to see if a Federal Defender can represent Petitioner in this matter.  The telephone number for Federal Defenders' San Diego Office is 619-234-8467 (Toll Free: 888-614-9867) and the El Centro Office is 760-335-3510 (Toll Free: 877-404-9063).

Further, the Court **VACATES** the pending order from the Central District ordering a response.  [Doc. No. 4.]

It is **SO ORDERED**.

Dated:  January 7, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

---

[1] *See Doe v. Bondi*, Case No. 3:25-cv-805-BJC-JLB, 2025 WL 1870979, at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).