

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Gevorg Muradyan

**Civil Action No.**   26cv0063-CAB-AHG

**Plaintiff,**

**V.**

Warden of Otay Mesa Detention Center

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The  Court DENIES Petitioner's application for a writ of habeas corpus WITHOUT PREJUDICE. If Petitioner remains in detention after the six month presumptively reasonable window has passed, Petitioner may file a new petition.

**Date:**          1/23/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Hazard

A. Hazard, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No.  26cv0063-CAB-AHG